# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DOMINIQUE DASHON MCGUIRE,<br><br>               Defendant. | Case No.  2:21-cr-176-JAD-NJK<br><br>**Order Granting Motion to Dismiss Indictment as to Defendant Dominique Dashon McGuire**<br><br>ECF No. 63 |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses the Indictment in the above-captioned matter as to Defendant Dominique Dashon McGuire only.

                                        Respectfully submitted,

                                        JASON M. FRIERSON<br>
                                        United States Attorney

                                        *s/ Jim W. Fang*<br>
                                        JIM W. FANG<br>
                                        Assistant United States Attorney

Leave of Court is hereby granted for the filing of the above dismissal of the Indictment as to Defendant Dominique Dashon McGuire in the above-captioned matter under Rule 48(a).

DATED this 3rd day of October, 2022.

                                        _____<br>
                                        HONORABLE JENNIFER A. DORSEY<br>
                                        UNITED STATES DISTRICT JUDGE